**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Alice Germaine Lashley Alice Germaine, aka Alice G. Lashley, aka Alice Lashley | CHAPTER 13 |
| Kelvin Alvin Lashley  aka Kelvin Lashley, aka Kelvin A. Lashley | BKY. NO. 25-10758 AMC |
| Debtor(s) | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of The Bank of New York Mellon, formerly known as The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certificates, Series 2007-1 and index same on the master mailing list.

Respectfully submitted,

/s/ 
Denise Carlon
28 Feb 2025, 12:30:57, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322