UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In re:                                                                          CASE NO.: 25-10758
                                                                                        CHAPTER 13
Kelvin Alvin Lashley,
  Debtor,

Alice Germaine Lashley,
  Joint Debtor.
_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of The Bank of New York Mellon, formerly known as The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certificates, Series 2007-1 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
    Attorney for Secured Creditor
    13010 Morris Road, Suite 450
    Alpharetta, GA  30004
    Telephone: 470-321-7112
    Facsimile: 404-393-1425

    By: /s/Sherri Dicks
        Sherri Dicks
        Email: sdicks@raslg.com

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on March 12, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

KELVIN ALVIN LASHLEY
4 DONNY BROOK WAY
COLLEGEVILLE, PA 19426

ALICE GERMAINE LASHLEY
4 DONNY BROOK WAY
COLLEGEVILLE, PA 19426

And via electronic mail to:

GINSBURG LAW GROUP, P.C.
653 W. SKIPPACK PIKE, SUITE 300-71
BLUE BELL, PA 19422

GINSBURG LAW GROUP, P.C.
653 W. SKIPPACK PIKE, SUITE 300-71
BLUE BELL, PA 19422

KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
190 N. INDEPENDENCE MALL WEST SUITE 701
PHILADELPHIA, PA 19106

FREDERIC J. BAKER
ASSISTANT UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET SUITE 320
PHILADELPHIA, PA 19107

                                              By: /s/ Angela Gill