UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

Inre:                                                                        CASE NO.: 25-10758
                                                                                   CHAPTER 13
Kelvin Alvin Lashley,
   Debtor,

Alice Germaine Lashley,
   Joint Debtor.

_____/

**REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of SELECT PORTFOLIO SERVICING, INC. ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                              Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                              Attorneys for Movant
                              13010 Morris Rd., Suite 450
                              Alpharetta, GA 30004
                              Telephone: 470-321-7112
                              Facsimile: 404-393-1425

                         By: /s/Sherri Dicks
                              Sherri Dicks
                              Email: sdicks@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 14, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

KELVIN ALVIN LASHLEY
4 DONNY BROOK WAY
COLLEGEVILLE, PA 19426

ALICE GERMAINE LASHLEY
4 DONNY BROOK WAY
COLLEGEVILLE, PA 19426

And via electronic mail to:

GINSBURG LAW GROUP, P.C.
653 W. SKIPPACK PIKE, SUITE 300-71
BLUE BELL, PA 19422

KENNETH E. WEST
CHAPTER 13 STANDING TRUSTEE
190 N. INDEPENDENCE MALL WEST SUITE 701
PHILADELPHIA, PA 19106

UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET SUITE 320
PHILADELPHIA, PA 19107

By: /s/ Angela Gill