# Earnings Statement

GHC Payroll, LLC
Payroll Account - Disbursements
101 East State Street
Kennett Square, PA 19348

Page 001 of 001
Period Beg/End: 05/19/2024 - 06/01/2024
Advice Date: 06/07/2024
Advice Number: 0018043173
Batch Number: 000000001929

Emp ID:
Dept: 561193150
Location: 670

Job: Nurse-LPN
Job Code: NLN1
Pay Group: 670

ALICE GERMAINE LASHLEY
4 Donney Brook Way
Collegeville, PA 19426

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Orientation- | 32.5000 | 14.00 | 455.00 | 455.00 |
| Orientation | 32.5000 | 15.20 | 494.00 | 494.00 |
| Gross Pay | | 29.20 | 949.00 | 949.00 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|

**Additions_To_Taxable_Gross**

**After_Tax_Deductions**

| | | |
|---|---|---|
| Ttl Additions to Taxable Gross | 0.00 | 0.00 |
| Federal Taxable Wages | 949.00 | 949.00 |

| | | |
|---|---|---|
| Net Pay | 786.37 | 786.37 |

**Tax_Deductions**

| | | |
|---|---|---|
| Fed Withholdng | 48.75 | 48.75 |
| Fed MED/EE | 13.76 | 13.76 |
| Fed OASDI/EE | 58.84 | 58.84 |
| PA Unempl EE | 0.66 | 0.66 |
| PA Withholdng | 29.13 | 29.13 |
| PA LOWER POTTSGROVE Withholdng | 9.49 | 9.49 |
| PA L.POTTSGRVE OPT LS Tax | 2.00 | 2.00 |
| Total Tax Deductions | 162.63 | 162.63 |

| Vacation_Summary | Balance |
|---|---|
| Vacation Balance | 0.00 |
| Sick Balance | 2.78 |
| Personal Balance | 0.00 |

Message_____

© 2002 AutomaticData Processing (PCSUVO)

GHC Payroll, LLC
Payroll Account - Disbursements
101 East State Street
Kennett Square, PA 19348

Advice Number: 0018043173
Advice Date: 06/07/2024

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| ALICE GERMAINE LASHLEY | Checking XXXXXX9482 | 031000053 | 786.37 |

# Earnings Statement

GHC Payroll, LLC
Payroll Account - Disbursements
101 East State Street
Kennett Square, PA 19348

Page 001 of 001
Period Beg/End: 06/02/2024 - 06/15/2024
Advice Date: 06/21/2024
Advice Number: 0018072940
Batch Number: 000000001935

Emp ID: ███████
Dept: 561193150
Location: 670
Job: Nurse-LPN
Job Code: NLN1
Pay Group: 670

ALICE GERMAINE LASHLEY
4 Donney Brook Way
Collegeville, PA 19426

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Orientation | 32.5000 | 15.32 | 497.90 | 991.90 |
| Regular | 32.5000 | 7.97 | 259.03 | 259.03 |
| Orientation- | | | 0.00 | 455.00 |
| Gross Pay | | 23.29 | 756.93 | 1705.93 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|

**Additions_To_Taxable_Gross**

| | | |
|---|---|---|
| Ttl Additions to Taxable Gross | 0.00 | 0.00 |
| Federal Taxable Wages | 756.93 | 1705.93 |

**Tax_Deductions**

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 29.54 | 78.29 |
| Fed MED/EE | 10.98 | 24.74 |
| Fed OASDI/EE | 46.93 | 105.77 |
| PA Unempl EE | 0.53 | 1.19 |
| PA Withholdng | 23.24 | 52.37 |
| PA LOWER POTTSGROVE Withholdng | 7.57 | 17.06 |
| PA L.POTTSGRVE OPT LS Tax | 2.00 | 4.00 |
| Total Tax Deductions | 120.79 | 283.42 |

**After_Tax_Deductions**

| Net Pay | 636.14 | 1422.51 |
|---|---|---|

| Vacation_Summary | Balance |
|---|---|
| Vacation Balance | 0.00 |
| Sick Balance | 2.78 |
| Personal Balance | 0.00 |

Message_____

© 2002 AutomaticData Processing (PCSUVO)

---

GHC Payroll, LLC
Payroll Account - Disbursements
101 East State Street
Kennett Square, PA 19348

Advice Number: 0018072940
Advice Date: 06/21/2024

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| ALICE GERMAINE LASHLEY | Checking XXXXXX9482 | 031000053 | 636.14 |

# Earnings Statement

```
CO       FILE #                 000000 000000
DLI      000553172
```

*GHC Payroll, LLC*
*Payroll Account - Disbursements*
*101 East State Street*
*Kennett Square, PA 19348*

Page 001 of 001
Period Beg/End:    06/16/2024 - 06/29/2024
Advice Date:       07/05/2024
Advice Number:     0018102070
Batch Number:      000000001943

Emp ID: ███████    Job: Nurse-LPN
Dept: 561193150    Job Code: NLN1
Location: 670      Pay Group: 670

**ALICE GERMAINE LASHLEY**
4 Donney Brook Way
Collegeville, PA 19426

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular | 32.5000 | 23.21 | 754.33 | 1013.36 |
| Orientation- |  |  | 0.00 | 455.00 |
| Orientation |  |  | 0.00 | 991.90 |
| Gross Pay |  | 23.21 | 754.33 | 2460.26 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|

**Additions_To_Taxable_Gross**

| | | |
|---|---|---|
| Ttl Additions to Taxable Gross | 0.00 | 0.00 |
| Federal Taxable Wages | 754.33 | 2460.26 |

**Tax_Deductions**

| | | |
|---|---|---|
| Fed Withholdng | 29.28 | 107.57 |
| Fed MED/EE | 10.93 | 35.67 |
| Fed OASDI/EE | 46.77 | 152.54 |
| PA Unempl EE | 0.53 | 1.72 |
| PA Withholdng | 23.16 | 75.53 |
| PA LOWER POTTSGROVE Withholdng | 7.54 | 24.60 |
| PA L.POTTSGRVE OPT LS Tax | 2.00 | 6.00 |
| Total Tax Deductions | 120.21 | 403.63 |

**After_Tax_Deductions**

| | | |
|---|---|---|
| Net Pay | 634.12 | 2056.63 |

| Vacation_Summary | Balance |
|---|---|
| Vacation Balance | 0.00 |
| Sick Balance | 2.78 |
| Personal Balance | 0.00 |

Message_____

© 2002 AutomaticData Processing (PCSUVO)

---

*GHC Payroll, LLC*
*Payroll Account - Disbursements*
*101 East State Street*
*Kennett Square, PA 19348*

Advice Number:    0018102070
Advice Date:      07/05/2024

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| ALICE GERMAINE LASHLEY | Checking  XXXXXX9482 | 031000053 | 634.12 |

# Earnings Statement

**ADP**

CONNECTRN
203 CRESCENT ST
WALTHAM , MA 02453
617 944 1515

| | |
|---|---|
| Period Beginning: | 01/13/2025 |
| Period Ending: | 01/19/2025 |
| Pay Date: | 01/24/2025 |

Filing Status: Married filing jointly
Exemptions/Allowances:
   Federal: Standard Withholding Table

ALICE LASHLEY
4 DONNEYBROOK LN
COLLEGEVILLE PA 19426

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Monday | 43.2000 | 12.75 | 550.80 | 550.80 |
| **Gross Pay** | | | **$550.80** | 550.80 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | | -34.15 | 34.15 |
| Medicare Tax | | -7.99 | 7.99 |
| PA State Income Tax | | -16.91 | 16.91 |
| PA SUI Tax | | -0.39 | 0.39 |
| **Other** | | | |
| Pay + | | -491.36 | |
| **Net Pay** | | **$0.00** | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 12.75 | |

**Important Notes**
COMPANY PH#:+1 617 944 1515

BASIS OF PAY: HOURLY

Your federal taxable wages this period are $550.80

© 2000 ADP, Inc.

---

CONNECTRN
203 CRESCENT ST
WALTHAM , MA 02453
617 944 1515

| | |
|---|---|
| **Advice number:** | 00000041208 |
| Pay date: | 01/24/2025 |

**Deposited to the account of**
ALICE LASHLEY

| account number | transit ABA | amount |
|---|---|---|

*THIS IS NOT A CHECK*

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

CONNECTRN
203 CRESCENT ST
WALTHAM , MA 02453
617 944 1515

Period Beginning: 11/18/2024
Period Ending: 11/24/2024
Pay Date: 11/29/2024

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

ALICE LASHLEY
4 DONNEYBROOK LN
COLLEGEVILLE PA 19426

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Saturday | 37.0000 | 12.50 | 462.50 | 462.50 |
| Sunday | 39.0000 | 7.75 | 302.25 | 819.00 |
| Sunday | 46.8000 | 7.50 | 351.00 | |
| Sunday Hol | | | | 438.75 |
| **Gross Pay** | | | **$1,115.75** | 1,720.25 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -69.18 | 106.66 |
| | Medicare Tax | -16.17 | 24.94 |
| | PA State Income Tax | -34.26 | 52.82 |
| | PA SUI Tax | -0.78 | 1.20 |
| | **Other** | | |
| | Pay + | -995.36 | |
| **Net Pay** | | **$0.00** | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 27.75 | |

**Important Notes**

COMPANY PH#:+1 617 944 1515

BASIS OF PAY: HOURLY

Your federal taxable wages this period are $1,115.75

© 2000 ADP, Inc.

CONNECTRN
203 CRESCENT ST
WALTHAM , MA 02453
617 944 1515

Advice number: 00000481108
Pay date: 11/29/2024

Deposited to the account of
ALICE LASHLEY

| account number | transit ABA | amount |
|---|---|---|

THIS IS NOT A CHECK

**NON-NEGOTIABLE**