# 🏛 TEMPLE HEALTH

CO
Z6S
Dept : 1025200 5S-Medical Surgical
Location : 1025200 5S-Medical Surgical

CHH Community Health Inc
Temple Health Sys Boyer Pavilion
3509 N Broad Street 9th Floor
Philadelphia, PA 19140

**Earnings Statement**

EMPLOYEE ID

Page 001 of 001
Period Beg/End: 07/14/2024 - 07/27/2024
Advice Date: 08/02/2024
Advice Number: 0000026266
Batch Number: 000000001644

**Kelvin A Lashley**
**4 DONNY BROOK WAY**
**COLLEGEVILLE, PA 19426**

For inquiries on this statement please call: 215-707-1595

Total Hours Worked: 79.50
Basis of Pay: Hourly
Pay Rate: $59.83

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| OT @ 1.5 | 89.7450 | 1.25 | 112.18 | 5178.70 |
| OT Stndard | 59.8300 | 6.25 | 373.94 | 6132.59 |
| Regular | 59.8300 | 72.00 | 4307.76 | 63150.58 |
| Precept Pr | 2.0000 | 36.00 | 72.00 | 72.00 |
| Incentive | | | | 80.00 |
| Shift 2.00 | | | | 30.50 |
| Shift 3.00 | | | | 75.75 |
| Hol Pr 0.5 | | | | 815.18 |
| Personal | | | | 89.75 |
| Vacation | | | | 2153.88 |
| Nonprod NP | | | | |
| Sick Leave | | | | 2871.84 |
| **Gross Pay** | | **115.50** | **4865.88** | **80650.77** |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 692.66 | 11789.14 |
| Fed MED/EE | 68.97 | 1144.17 |
| Fed OASDI/EE | 294.90 | 4892.32 |
| PA Unempl EE | 3.41 | 56.46 |
| PA Withholdng | 146.02 | 2422.48 |
| PA local Withholdng | 167.39 | 2774.38 |
| **Total Taxes** | **1373.35** | **23078.95** |

**Benefit Time** | **Balance**
Vacation | 150.48
Sick | 106.62
Personal | 21.60

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| *PersChoice | 97.30 | 1550.43 |
| *Dental | 12.12 | 191.90 |
| Suppl Life | 33.64 | 538.24 |
| Suppl AD&D | 1.56 | 24.96 |
| TUHS STD | 43.49 | 695.84 |
| LTD | 28.08 | 406.58 |
| *PEN CONTRB | 193.85 | 3071.98 |
| **Total Deductions** | **410.04** | **6479.93** |

*Excluded from taxable wages

**Net Pay** | **3082.49** | **51091.89**

**Employer Paid Benefits**

| | | |
|---|---|---|
| PersChoice | 875.69 | 13953.75 |
| Dental | 36.35 | 575.54 |
| Vision | 2.67 | 42.72 |
| Life | 0.33 | 5.28 |
| LTD | 27.10 | 379.84 |
| PEN CONTRB | 193.85 | 3071.98 |
| **Total** | **1135.99** | **18029.11** |

**Net Pay Distribution**

| | | |
|---|---|---|
| Deposit Che XXXXX8893 | | 100.00 |
| Deposit Oth | | 2,982.49 |
| Net Check | | 0.00 |

© 2002 AutomaticData Processing (PCSUVO)

---

# 🏛 TEMPLE HEALTH

CHH Community Health Inc
Temple Health Sys Boyer Pavilion
3509 N Broad Street 9th Floor
Philadelphia, PA 19140

Advice Number: 0000026266
Advice Date: 08/02/2024

*This is not a check*

**Deposited to the account of**
Kelvin A Lashley

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | XXXXX8893 | 031176110 | 100.00 |
| Checking | XXXXX9598 | 231372691 | 100.00 |
| Checking | XXXXXXXX2767 | 236084298 | 100.00 |
| Checking | XXXXX4041 | 104000016 | 100.00 |
| Checking | XXXXX0617 | 036001808 | 100.00 |
| Checking | XXXXX0527 | 031000503 | 100.00 |
| Checking | XXXXXXX7953 | 103100195 | 300.00 |
| Checking | XXXXX0251 | 031000053 | 2182.49 |

**TEMPLE HEALTH**

Dept : 1025200 5S-Medical Surgical
Location : 1025200 5S-Medical Surgical

CHH Community Health Inc
Temple Health Sys Boyer Pavilion
3509 N Broad Street 9th Floor
Philadelphia, PA 19140

## Earnings Statement

EMPLOYEE ID

Page 001 of 001
Period Beg/End:  07/28/2024 - 08/10/2024
Advice Date:     08/16/2024
Advice Number:   0000026913
Batch Number:    000000001671

Kelvin A Lashley
4 DONNY BROOK WAY
COLLEGEVILLE, PA 19426

**For inquiries on this statement please call: 215-707-1595**

Total Hours Worked:   79.50
Basis of Pay:         Hourly
Pay Rate:             $59.83

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| OT Stndard | 59.8300 | 5.00 | 299.15 | 6431.74 |
| Regular | 59.8300 | 72.00 | 4307.76 | 67458.34 |
| Shift 2.00 | 2.0000 | 24.25 | 48.50 | 79.00 |
| OT @ 1.5 | 60.5360 | 2.50 | 225.25 | 5403.95 |
| Incentive | | | | 80.00 |
| Shift 3.00 | | | | 75.75 |
| Hol Pr 0.5 | | | | 815.18 |
| Personal | | | | 89.75 |
| Vacation | | | | 2153.88 |
| Nonprod NP | | | | |
| Sick Leave | | | | 2871.84 |
| Precept Pr | | | | 72.00 |
| **Gross Pay** | | 103.75 | 4880.66 | 85531.43 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| *PersChoice | 97.30 | 1647.73 |
| *Dental | 12.12 | 204.02 |
| Suppl Life | 33.64 | 571.88 |
| Suppl AD&D | 1.56 | 26.52 |
| TUHS STD | 43.49 | 739.33 |
| LTD | 28.08 | 434.66 |
| *PEN CONTRB | 193.85 | 3265.83 |
| **Total Deductions** | 410.04 | 6889.97 |

*Excluded from taxable wages

**Net Pay**         3091.62        54183.51

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 696.21 | 12485.35 |
| Fed MED/EE | 69.19 | 1213.36 |
| Fed OASDI/EE | 295.82 | 5188.14 |
| PA Unempl EE | 3.41 | 59.87 |
| PA Withholdng | 146.48 | 2568.96 |
| PA local Withholdng | 167.89 | 2942.27 |
| **Total Taxes** | 1379.00 | 24457.95 |

**Employer Paid Benefits**

| | This Period | Year-to-Date |
|---|---|---|
| PersChoice | 875.69 | 14829.44 |
| Dental | 36.35 | 611.89 |
| Vision | 2.67 | 45.39 |
| Life | 0.33 | 5.61 |
| LTD | 27.10 | 406.94 |
| PEN CONTRB | 193.85 | 3265.83 |
| **Total** | 1135.99 | 19165.10 |

**Benefit Time**

| | Balance |
|---|---|
| Vacation | 154.64 |
| Sick | 109.95 |
| Personal | 21.60 |

**Net Pay Distribution**

| | | |
|---|---|---|
| Deposit Che | XXXXX8893 | 100.00 |
| Deposit Oth | | 2,991.62 |
| Net Check | | 0.00 |

© 2002 AutomaticData Processing (PCSUVO)

---

**TEMPLE HEALTH**

CHH Community Health Inc
Temple Health Sys Boyer Pavilion
3509 N Broad Street 9th Floor
Philadelphia, PA 19140

Advice Number:   0000026913
Advice Date:     08/16/2024

*THIS IS NOT A CHECK*

**Deposited to the account of**
Kelvin A Lashley

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | XXXXX8893 | 031176110 | 100.00 |
| Checking | XXXXX9598 | 231372691 | 100.00 |
| Checking | XXXXXXXX2767 | 236084298 | 100.00 |
| Checking | XXXXX4041 | 104000016 | 100.00 |
| Checking | XXXXX0617 | 036001808 | 100.00 |
| Checking | XXXXX0527 | 031000503 | 100.00 |
| Checking | XXXXXXX7953 | 103100195 | 300.00 |
| Checking | XXXXX0251 | 031000053 | 2191.62 |

# TEMPLE HEALTH

**Earnings Statement**

Dept : 1025200 5S-Medical Surgical
Location : 1025200 5S-Medical Surgical

CHH Community Health Inc
Temple Health Sys Boyer Pavilion
3509 N Broad Street 9th Floor
Philadelphia, PA 19140

EMPLOYEE ID

Page 001 of 001
Period Beg/End:  08/11/2024 - 08/24/2024
Advice Date:    08/30/2024
Advice Number:  0000027566
Batch Number:   000000001691

Kelvin A Lashley
4 DONNY BROOK WAY
COLLEGEVILLE, PA 19426

For inquiries on this statement please call: 215-707-1595
Total Hours Worked:   77.25
Basis of Pay:         Hourly
Pay Rate:             $59.83

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| OT Stndard | 59.8300 | 5.25 | 314.11 | 6745.85 |
| Regular | 59.8300 | 72.00 | 4307.76 | 71766.10 |
| Incentive | | | | 80.00 |
| Shift 3.00 | | | | 75.75 |
| Hol Pr 0.5 | | | | 815.18 |
| Personal | | | | 89.75 |
| Vacation | | | | 2153.88 |
| Nonprod NP | | | | |
| Sick Leave | | | | 2871.84 |
| Shift 2.00 | | | | 79.00 |
| OT @ 1.5 | | | | 5403.95 |
| Precept Pr | | | | 72.00 |
| **Gross Pay** | | 77.25 | 4621.87 | 90153.30 |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 636.28 | 13121.63 |
| Fed MED/EE | 65.43 | 1278.79 |
| Fed OASDI/EE | 279.77 | 5467.91 |
| PA Unempl EE | 3.24 | 63.11 |
| PA Withholdng | 138.53 | 2707.49 |
| PA local Withholdng | 158.99 | 3101.26 |
| **Total Taxes** | 1282.24 | 25740.19 |

**Benefit Time**

| | Balance |
|---|---|
| Vacation | 158.80 |
| Sick | 113.28 |
| Personal | 21.60 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| *PersChoice | 97.30 | 1745.03 |
| *Dental | 12.12 | 216.14 |
| Suppl Life | 33.64 | 605.52 |
| Suppl AD&D | 1.56 | 28.08 |
| TUHS STD | 43.49 | 782.82 |
| LTD | 28.08 | 462.74 |
| *PEN CONTRB | 193.85 | 3459.68 |
| **Total Deductions** | 410.04 | 7300.01 |

*Excluded from taxable wages

**Net Pay**   2929.59   57113.10

**Employer Paid Benefits**

| | This Period | Year-to-Date |
|---|---|---|
| PersChoice | 875.69 | 15705.13 |
| Dental | 36.35 | 648.24 |
| Vision | 2.67 | 48.06 |
| Life | 0.33 | 5.94 |
| LTD | 27.10 | 434.04 |
| PEN CONTRB | 193.85 | 3459.68 |
| **Total** | 1135.99 | 20301.09 |

**Net Pay Distribution**

| | | Account | Amount |
|---|---|---|---|
| Deposit | Che | XXXXX8893 | 100.00 |
| Deposit | Oth | | 2,829.59 |
| Net Check | | | 0.00 |

© 2002 AutomaticData Processing (PCSUVO)

---

# TEMPLE HEALTH

CHH Community Health Inc
Temple Health Sys Boyer Pavilion
3509 N Broad Street 9th Floor
Philadelphia, PA 19140

Advice Number:  0000027566
Advice Date:    08/30/2024

**THIS IS NOT A CHECK**

**Deposited to the account of**
Kelvin A Lashley

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | XXXXX8893 | 031176110 | 100.00 |
| Checking | XXXXX9598 | 231372691 | 100.00 |
| Checking | XXXXXXXX2767 | 236084298 | 100.00 |
| Checking | XXXXX4041 | 104000016 | 100.00 |
| Checking | XXXXX0617 | 036001808 | 100.00 |
| Checking | XXXXX0527 | 031000503 | 100.00 |
| Checking | XXXXXXX7953 | 103100195 | 300.00 |
| Checking | XXXXX0251 | 031000053 | 2029.59 |

# 🏛 TEMPLE HEALTH

CO
Z6S
Dept : 1025200  5S-Medical Surgical
Location : 1025200  5S-Medical Surgical
CHH Community Health Inc
Temple Health Sys Boyer Pavilion
3509 N Broad Street 9th Floor
Philadelphia, PA 19140

## Earnings Statement

EMPLOYEE ID

Page 001 of 001
Period Beg/End:   08/25/2024 - 09/07/2024
Advice Date:      09/13/2024
Advice Number:    0000028225
Batch Number:     000000001708

**Kelvin A Lashley**
**4 DONNY BROOK WAY**
**COLLEGEVILLE, PA 19426**

**For inquiries on this statement please call: 215-707-1595**

Total Hours Worked:  65.00
Basis of Pay:        Hourly
Pay Rate:            $59.83

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| OT Stndard | 59.8300 | 5.00 | 299.15 | 7045.00 |
| Regular | 59.8300 | 60.00 | 3589.80 | 75355.90 |
| Sick Leave | 59.8300 | 12.00 | 717.96 | 3589.80 |
| Incentive | | | | 80.00 |
| Shift 3.00 | | | | 75.75 |
| Hol Pr 0.5 | | | | 815.18 |
| Personal | | | | 89.75 |
| Vacation | | | | 2153.88 |
| Nonprod NP | | | | |
| Shift 2.00 | | | | 79.00 |
| OT @ 1.5 | | | | 5403.95 |
| Precept Pr | | | | 72.00 |
| **Gross Pay** | | **77.00** | **4606.91** | **94760.21** |

**Taxes**

| | | This Period | Year-to-Date |
|---|---|---|---|
| Fed Withholdng | | 632.99 | 13754.62 |
| Fed MED/EE | | 65.21 | 1344.00 |
| Fed OASDI/EE | | 278.85 | 5746.76 |
| PA Unempl EE | | 3.22 | 66.33 |
| PA Withholdng | | 138.07 | 2845.56 |
| PA local Withholdng | | 158.48 | 3259.74 |
| **Total Taxes** | | **1276.82** | **27017.01** |

**Benefit Time**                     Balance
Vacation                             162.00
Sick                                 104.61
Personal                             21.60

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| *PersChoice | 97.30 | 1842.33 |
| *Dental | 12.12 | 228.26 |
| Suppl Life | 33.64 | 639.16 |
| Suppl AD&D | 1.56 | 29.64 |
| TUHS STD | 43.49 | 826.31 |
| LTD | 28.08 | 490.82 |
| *PEN CONTRB | 193.85 | 3653.53 |
| **Total Deductions** | **410.04** | **7710.05** |

*Excluded from taxable wages

**Net Pay**    2920.05    60033.15

**Employer Paid Benefits**

| | This Period | Year-to-Date |
|---|---|---|
| PersChoice | 875.69 | 16580.82 |
| Dental | 36.35 | 684.59 |
| Vision | 2.67 | 50.73 |
| Life | 0.33 | 6.27 |
| LTD | 27.10 | 461.14 |
| PEN CONTRB | 193.85 | 3653.53 |
| **Total** | **1135.99** | **21437.08** |

**Net Pay Distribution**

| | | | |
|---|---|---|---|
| Deposit Che | XXXXX8893 | | 100.00 |
| Deposit Oth | | | 2,820.05 |
| Net Check | | | 0.00 |

© 2002 AutomaticData Processing (PCSUVO)

---

# 🏛 TEMPLE HEALTH

CHH Community Health Inc
Temple Health Sys Boyer Pavilion
3509 N Broad Street 9th Floor
Philadelphia, PA 19140

Advice Number:    0000028225
Advice Date:      09/13/2024

*** THIS IS NOT A CHECK ***

**Deposited to the account of**            Account Number    Transit ABA    Amount
**Kelvin A Lashley**
                                Checking    XXXXX8893         031176110      100.00
                                Checking    XXXXX9598         231372691      100.00
                                Checking    XXXXXXXX2767      236084298      100.00
                                Checking    XXXXX4041         104000016      100.00
                                Checking    XXXXX0617         036001808      100.00
                                Checking    XXXXX0527         031000503      100.00
                                Checking    XXXXXXX7953       103100195      300.00
                                Checking    XXXXX0251         031000053      2020.05

# Earnings Statement

**TEMPLE HEALTH**

Dept : 1025200 5S-Medical Surgical
Location : 1025200 5S-Medical Surgical

CHH Community Health Inc
Temple Health Sys Boyer Pavilion
3509 N Broad Street 9th Floor
Philadelphia, PA 19140

EMPLOYEE ID

Page 001 of 001
Period Beg/End: 09/08/2024 - 09/21/2024
Advice Date: 09/27/2024
Advice Number: 0000028890
Batch Number: 000000001735

Kelvin A Lashley
4 DONNY BROOK WAY
COLLEGEVILLE, PA 19426

**For inquiries on this statement please call: 215-707-1595**

Total Hours Worked: 65.50
Basis of Pay: Hourly
Pay Rate: $59.83

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| OT Stndard | 59.8300 | 5.50 | 329.07 | 7374.07 |
| Personal | 59.8300 | 12.00 | 717.96 | 807.71 |
| Regular | 59.8300 | 60.00 | 3589.80 | 78945.70 |
| Incentive | | | | 80.00 |
| Shift 3.00 | | | | 75.75 |
| Hol Pr 0.5 | | | | 815.18 |
| Vacation | | | | 2153.88 |
| Nonprod NP | | | | |
| Shift 2.00 | | | | 79.00 |
| OT @ 1.5 | | | | 5403.95 |
| Precept Pr | | | | 72.00 |
| Sick Leave | | | | 3589.80 |
| **Gross Pay** | | 77.50 | 4636.83 | 99397.04 |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 639.58 | 14394.20 |
| Fed MED/EE | 65.65 | 1409.65 |
| Fed OASDI/EE | 280.70 | 6027.46 |
| PA Unempl EE | 3.25 | 69.58 |
| PA Withholdng | 138.99 | 2984.55 |
| PA local Withholdng | 159.51 | 3419.25 |
| **Total Taxes** | 1287.68 | 28304.69 |

**Benefit Time** | | Balance
Vacation | | 162.00
Sick | | 107.94
Personal | | 9.60

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| *PersChoice | 97.30 | 1939.63 |
| *Dental | 12.12 | 240.38 |
| Suppl Life | 33.64 | 672.80 |
| Suppl AD&D | 1.56 | 31.20 |
| TUHS STD | 43.49 | 869.80 |
| LTD | 28.08 | 518.90 |
| *PEN CONTRB | 193.85 | 3847.38 |
| **Total Deductions** | 410.04 | 8120.09 |

*Excluded from taxable wages

**Net Pay** 2939.11 62972.26

**Employer Paid Benefits**

| | | |
|---|---|---|
| PersChoice | 875.69 | 17456.51 |
| Dental | 36.35 | 720.94 |
| Vision | 2.67 | 53.40 |
| Life | 0.33 | 6.60 |
| LTD | 27.10 | 488.24 |
| PEN CONTRB | 193.85 | 3847.38 |
| **Total** | 1135.99 | 22573.07 |

**Net Pay Distribution**

| | | | |
|---|---|---|---|
| Deposit Che | XXXXX8893 | | 100.00 |
| Deposit Oth | | | 2,839.11 |
| Net Check | | | 0.00 |

© 2002 AutomaticData Processing (PCSUVO)

---

**TEMPLE HEALTH**

CHH Community Health Inc
Temple Health Sys Boyer Pavilion
3509 N Broad Street 9th Floor
Philadelphia, PA 19140

Advice Number: 0000028890
Advice Date: 09/27/2024

**This is not a check**

**Deposited to the account of**
Kelvin A Lashley

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | XXXXX8893 | 031176110 | 100.00 |
| Checking | XXXXX9598 | 231372691 | 100.00 |
| Checking | XXXXXXXX2767 | 236084298 | 100.00 |
| Checking | XXXXX4041 | 104000016 | 100.00 |
| Checking | XXXXX0617 | 036001808 | 100.00 |
| Checking | XXXXX0527 | 031000503 | 100.00 |
| Checking | XXXXXXX7953 | 103100195 | 300.00 |
| Checking | XXXXX0251 | 031000053 | 2039.11 |

# Earnings Statement

**TEMPLE HEALTH**

Dept : 1025200 5S-Medical Surgical
Location : 1025200 5S-Medical Surgical

CHH Community Health Inc
Temple Health Sys Boyer Pavilion
3509 N Broad Street 9th Floor
Philadelphia, PA 19140

EMPLOYEE ID

Page 001 of 001
Period Beg/End:  09/22/2024 - 10/05/2024
Advice Date:     10/11/2024
Advice Number:   0000029544
Batch Number:    000000001760

Kelvin A Lashley
4 DONNY BROOK WAY
COLLEGEVILLE, PA 19426

**For inquiries on this statement please call: 215-707-1595**

Total Hours Worked:   107.25
Basis of Pay:         Hourly
Pay Rate:             $59.83

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| OT @ 1.5 | 89.7450 | 27.25 | 2445.55 | 7849.50 |
| Regular | 59.8300 | 72.00 | 4307.76 | 83253.46 |
| OT Stndard | 59.8300 | 8.00 | 478.64 | 7852.71 |
| Incentive | | | | 80.00 |
| Shift 3.00 | | | | 75.75 |
| Hol Pr 0.5 | | | | 815.18 |
| Vacation | | | | 2153.88 |
| Nonprod NP | | | | |
| Shift 2.00 | | | | 79.00 |
| Personal | | | | 807.71 |
| Sick Leave | | | | 3589.80 |
| Precept Pr | | | | 72.00 |
| **Gross Pay** | | 107.25 | 7231.95 | 106628.99 |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 1260.52 | 15654.72 |
| Fed MED/EE | 103.27 | 1512.92 |
| Fed OASDI/EE | 441.59 | 6469.05 |
| PA Unempl EE | 5.06 | 74.64 |
| PA Withholdng | 218.66 | 3203.21 |
| PA local Withholdng | 248.78 | 3668.03 |
| **Total Taxes** | 2277.88 | 30582.57 |

**Benefit Time**

| | Balance |
|---|---|
| Vacation | 162.00 |
| Sick | 111.27 |
| Personal | 9.60 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| *PersChoice | 97.30 | 2036.93 |
| *Dental | 12.12 | 252.50 |
| Suppl Life | 33.64 | 706.44 |
| Suppl AD&D | 1.56 | 32.76 |
| TUHS STD | 43.49 | 913.29 |
| LTD | 28.08 | 546.98 |
| *PEN CONTRB | 193.85 | 4041.23 |
| **Total Deductions** | 410.04 | 8530.13 |

*Excluded from taxable wages

**Net Pay**    4544.03    67516.29

**Employer Paid Benefits**

| | | |
|---|---|---|
| PersChoice | 875.69 | 18332.20 |
| Dental | 36.35 | 757.29 |
| Vision | 2.67 | 56.07 |
| Life | 0.33 | 6.93 |
| LTD | 27.10 | 515.34 |
| PEN CONTRB | 193.85 | 4041.23 |
| **Total** | 1135.99 | 23709.06 |

**Net Pay Distribution**

| | | |
|---|---|---|
| Deposit Che XXXXX8893 | | 100.00 |
| Deposit Oth | | 4,444.03 |
| Net Check | | 0.00 |

© 2002 Automatic Data Processing (PCSUVO)

---

**TEMPLE HEALTH**

CHH Community Health Inc
Temple Health Sys Boyer Pavilion
3509 N Broad Street 9th Floor
Philadelphia, PA 19140

Advice Number: 0000029544
Advice Date: 10/11/2024

*THIS IS NOT A CHECK*

**Deposited to the account of**
Kelvin A Lashley

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | XXXXX8893 | 031176110 | 100.00 |
| Checking | XXXXX9598 | 231372691 | 100.00 |
| Checking | XXXXXXXX2767 | 236084298 | 100.00 |
| Checking | XXXXX4041 | 104000016 | 100.00 |
| Checking | XXXXX0617 | 036001808 | 100.00 |
| Checking | XXXXX0527 | 031000503 | 100.00 |
| Checking | XXXXXXX7953 | 103100195 | 300.00 |
| Checking | XXXXX0251 | 031000053 | 3644.03 |

# TEMPLE HEALTH

Dept : 1025200 5S-Medical Surgical
Location : 1025200 5S-Medical Surgical

CHH Community Health Inc
Temple Health Sys Boyer Pavilion
3509 N Broad Street 9th Floor
Philadelphia, PA 19140

## Earnings Statement

EMPLOYEE ID

Page 001 of 001
Period Beg/End: 10/06/2024 - 10/19/2024
Advice Date: 10/25/2024
Advice Number: 0000030200
Batch Number: 000000001780

**Kelvin A Lashley**
**4 DONNY BROOK WAY**
**COLLEGEVILLE, PA 19426**

For inquiries on this statement please call: 215-707-1595

Total Hours Worked: 92.25
Basis of Pay: Hourly
Pay Rate: $59.83

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| OT @ 1.5 | 67.6439 | 13.75 | 1287.71 | 9402.14 |
| OT @ 1.5 | 89.7450 | 13.75- | 1233.99- | |
| Incentive | | | 840.00 | 920.00 |
| OT @ 1.5 | 67.7050 | 16.00 | 1498.92 | |
| OT Stndard | 59.8300 | 4.25 | 254.28 | 8106.99 |
| Regular | 59.8300 | 72.00 | 4307.76 | 87561.22 |
| Shift 2.00 | 2.0000 | 10.50 | 21.00 | 100.00 |
| Shift 3.00 | | | | 75.75 |
| Hol Pr 0.5 | | | | 815.18 |
| Vacation | | | | 2153.88 |
| Nonprod NP | | | | |
| Other Earns | | | | 4469.51 |
| **Gross Pay** | | **102.75** | **6975.68** | **113604.67** |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 1199.01 | 16853.73 |
| Fed MED/EE | 99.56 | 1612.48 |
| Fed OASDI/EE | 425.71 | 6894.76 |
| PA Unempl EE | 4.88 | 79.52 |
| PA Withholdng | 210.79 | 3414.00 |
| PA local Withholdng | 239.96 | 3907.99 |
| **Total Taxes** | **2179.91** | **32762.48** |

**Benefit Time** | **Balance**
Vacation | 162.00
Sick | 114.60
Personal | 9.60

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| *PersChoice | 97.30 | 2134.23 |
| *Dental | 12.12 | 264.62 |
| Suppl Life | 33.64 | 740.08 |
| Suppl AD&D | 1.56 | 34.32 |
| TUHS STD | 43.49 | 956.78 |
| LTD | 28.08 | 575.06 |
| *PEN CONTRB | 193.85 | 4235.08 |
| **Total Deductions** | **410.04** | **8940.17** |

*Excluded from taxable wages

**Net Pay** | **4385.73** | **71902.02**

**Employer Paid Benefits**

| | This Period | Year-to-Date |
|---|---|---|
| PersChoice | 875.69 | 19207.89 |
| Dental | 36.35 | 793.64 |
| Vision | 2.67 | 58.74 |
| Life | 0.33 | 7.26 |
| LTD | 27.10 | 542.44 |
| PEN CONTRB | 193.85 | 4235.08 |
| **Total** | **1135.99** | **24845.05** |

**Net Pay Distribution**

| | | | |
|---|---|---|---|
| Deposit Che | XXXXX8893 | | 100.00 |
| Deposit Oth | | | 4,285.73 |
| Net Check | | | 0.00 |

© 2002 AutomaticData Processing (PCSUVO)

---

# TEMPLE HEALTH

CHH Community Health Inc
Temple Health Sys Boyer Pavilion
3509 N Broad Street 9th Floor
Philadelphia, PA 19140

Advice Number: 0000030200
Advice Date: 10/25/2024



**Deposited to the account of**
**Kelvin A Lashley**

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | XXXXX8893 | 031176110 | 100.00 |
| Checking | XXXXX9598 | 231372691 | 100.00 |
| Checking | XXXXXXXX2767 | 236084298 | 100.00 |
| Checking | XXXXX4041 | 104000016 | 100.00 |
| Checking | XXXXX0617 | 036001808 | 100.00 |
| Checking | XXXXX0527 | 031000503 | 100.00 |
| Checking | XXXXXXX7953 | 103100195 | 300.00 |
| Checking | XXXXX0251 | 031000053 | 3485.73 |

THIS IS NOT A CHECK

# Earnings Statement

**TEMPLE HEALTH**

CHH Community Health Inc
Temple Health Sys Boyer Pavilion
3509 N Broad Street 9th Floor
Philadelphia, PA 19140

Dept : 1025200 5S-Medical Surgical
Location : 1025200 5S-Medical Surgical

EMPLOYEE ID

Page 001 of 001
Period Beg/End:    10/20/2024 - 11/02/2024
Advice Date:       11/08/2024
Advice Number:     0000030858
Batch Number:      000000001804

Kelvin A Lashley
4 DONNY BROOK WAY
COLLEGEVILLE, PA 19426

**For inquiries on this statement please call: 215-707-1595**

Total Hours Worked:    79.00
Basis of Pay:          Hourly
Pay Rate:              $59.83

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular | 59.8300 | 72.00 | 4307.76 | 91868.98 |
| OT Stndard | 59.8300 | 5.75 | 344.02 | 8451.01 |
| OT @ 1.5 | 89.7450 | 1.25 | 112.18 | 9514.32 |
| Shift 3.00 | | | | 75.75 |
| Hol Pr 0.5 | | | | 815.18 |
| Vacation | | | | 2153.88 |
| Nonprod NP | | | | |
| Precept Pr | | | | 72.00 |
| Personal | | | | 807.71 |
| Sick Leave | | | | 3589.80 |
| Shift 2.00 | | | | 100.00 |
| Incentive | | | | 920.00 |
| **Gross Pay** | | 79.00 | 4763.96 | 118368.63 |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 684.69 | 17538.42 |
| Fed MED/EE | 68.49 | 1680.97 |
| Fed OASDI/EE | 292.84 | 7187.60 |
| PA Unempl EE | 3.34 | 82.86 |
| PA Withholdng | 145.00 | 3559.00 |
| PA local Withholdng | 163.88 | 4071.87 |
| **Total Taxes** | 1358.24 | 34120.72 |

**Benefit Time**

| | Balance |
|---|---|
| Vacation | 162.00 |
| Sick | 117.93 |
| Personal | 9.60 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| *PersChoice | 36.68 | 2170.91 |
| *Dental | 4.05 | 268.67 |
| Suppl Life | 33.64 | 773.72 |
| Suppl AD&D | 1.56 | 35.88 |
| TUHS STD | 43.49 | 1000.27 |
| LTD | 28.08 | 603.14 |
| *PEN CONTRB | 193.85 | 4428.93 |
| **Total Deductions** | 341.35 | 9281.52 |

*Excluded from taxable wages

**Net Pay**    3064.37    74966.39

**Employer Paid Benefits**

| | This Period | Year-to-Date |
|---|---|---|
| PersChoice | 330.16 | 19538.05 |
| Dental | 12.16 | 805.80 |
| Vision | 0.96 | 59.70 |
| Life | 0.33 | 7.59 |
| LTD | 27.10 | 569.54 |
| PEN CONTRB | 193.85 | 4428.93 |
| **Total** | 564.56 | 25409.61 |

**Net Pay Distribution**

| | | | |
|---|---|---|---|
| Deposit | Che | XXXXX8893 | 100.00 |
| Deposit | Oth | | 2,964.37 |
| Net Check | | | 0.00 |

© 2002 AutomaticData Processing (PCSUVO)

---

**TEMPLE HEALTH**

CHH Community Health Inc
Temple Health Sys Boyer Pavilion
3509 N Broad Street 9th Floor
Philadelphia, PA 19140

Advice Number:    0000030858
Advice Date:      11/08/2024

*THIS IS NOT A CHECK*

**Deposited to the account of**
Kelvin A Lashley

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | XXXXX8893 | 031176110 | 100.00 |
| Checking | XXXXX9598 | 231372691 | 100.00 |
| Checking | XXXXXXXX2767 | 236084298 | 100.00 |
| Checking | XXXXX4041 | 104000016 | 100.00 |
| Checking | XXXXX0617 | 036001808 | 100.00 |
| Checking | XXXXX0527 | 031000503 | 100.00 |
| Checking | XXXXXXX7953 | 103100195 | 300.00 |
| Checking | XXXXX0251 | 031000053 | 2164.37 |

# Earnings Statement

**TEMPLE HEALTH**

CO    0000000-000000
Z6S
Dept : 1025200 5S-Medical Surgical
Location : 1025200 5S-Medical Surgical

CHH Community Health Inc
Temple Health Sys Boyer Pavilion
3509 N Broad Street 9th Floor
Philadelphia, PA 19140

EMPLOYEE ID

Page 001 of 001
Period Beg/End: 11/03/2024 - 11/16/2024
Advice Date: 11/22/2024
Advice Number: 0000031526
Batch Number: 000000001827

Kelvin A Lashley
4 DONNY BROOK WAY
COLLEGEVILLE, PA 19426

**For inquiries on this statement please call: 215-707-1595**

Total Hours Worked: 69.25
Basis of Pay: Hourly
Pay Rate: $59.83

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| OT Stndard | 59.8300 | 6.75 | 403.85 | 8854.86 |
| Sick Leave | 59.8300 | 12.00 | 717.96 | 4307.76 |
| Regular | 59.8300 | 58.00 | 3470.14 | 95339.12 |
| Nonprod Pd | 59.8300 | 2.00 | 119.66 | 119.66 |
| Shift 2.00 | 2.0000 | 15.25 | 30.50 | 130.50 |
| OT @ 1.5 | 60.5155 | 4.50 | 405.39 | 9919.71 |
| Shift 3.00 | | | | 75.75 |
| Hol Pr 0.5 | | | | 815.18 |
| Vacation | | | | 2153.88 |
| Nonprod NP | | | | |
| Precept Pr | | | | 72.00 |
| Other Earns | | | | 1727.71 |
| Gross Pay | | 98.50 | 5147.50 | 123516.13 |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 760.25 | 18298.67 |
| Fed MED/EE | 73.05 | 1754.02 |
| Fed OASDI/EE | 312.36 | 7499.96 |
| PA Unempl EE | 3.60 | 86.46 |
| PA Withholdng | 154.67 | 3713.67 |
| PA local Withholdng | 177.07 | 4248.94 |
| Total Taxes | 1481.00 | 35601.72 |

| Benefit Time | Balance |
|---|---|
| Vacation | 162.00 |
| Sick | 109.26 |
| Personal | 9.60 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| *PersChoice | 97.30 | 2268.21 |
| *Dental | 12.12 | 280.79 |
| Suppl Life | 33.64 | 807.36 |
| Suppl AD&D | 1.56 | 37.44 |
| TUHS STD | 43.49 | 1043.76 |
| LTD | 28.08 | 631.22 |
| *PEN CONTRB | 193.85 | 4622.78 |
| Total Deductions | 410.04 | 9691.56 |

*Excluded from taxable wages

**Net Pay**    3256.46    78222.85

**Employer Paid Benefits**

| | This Period | Year-to-Date |
|---|---|---|
| PersChoice | 875.69 | 20413.74 |
| Dental | 36.35 | 842.15 |
| Vision | 2.67 | 62.37 |
| Life | 0.33 | 7.92 |
| LTD | 27.10 | 596.64 |
| PEN CONTRB | 193.85 | 4622.78 |
| Total | 1135.99 | 26545.60 |

**Net Pay Distribution**

| | | |
|---|---|---|
| Deposit Che | XXXXX8893 | 100.00 |
| Deposit Oth | | 3,156.46 |
| Net Check | | 0.00 |

© 2002 AutomaticData Processing (PCSUVO)

---

**TEMPLE HEALTH**

CHH Community Health Inc
Temple Health Sys Boyer Pavilion
3509 N Broad Street 9th Floor
Philadelphia, PA 19140

Advice Number: 0000031526
Advice Date: 11/22/2024



THIS IS NOT A CHECK

**Deposited to the account of**
Kelvin A Lashley

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | XXXXX8893 | 031176110 | 100.00 |
| Checking | XXXXX9598 | 231372691 | 100.00 |
| Checking | XXXXXXXX2767 | 236084298 | 100.00 |
| Checking | XXXXX4041 | 104000016 | 100.00 |
| Checking | XXXXXX0617 | 036001808 | 100.00 |
| Checking | XXXXX0527 | 031000503 | 100.00 |
| Checking | XXXXXXXX7953 | 103100195 | 300.00 |
| Checking | XXXXX0251 | 031000053 | 2356.46 |

# TEMPLE HEALTH

CHH Community Health Inc
Temple Health Sys Boyer Pavilion
3509 N Broad Street 9th Floor
Philadelphia, PA 19140

Dept : 1025200 5S-Medical Surgical
Location : 1025200 5S-Medical Surgical

## Earnings Statement

EMPLOYEE ID

Page 001 of 001
Period Beg/End: 11/17/2024 - 11/30/2024
Advice Date: 12/06/2024
Advice Number: 0000032189
Batch Number: 000000001852

Kelvin A Lashley
4 DONNY BROOK WAY
COLLEGEVILLE, PA 19426

**For inquiries on this statement please call: 215-707-1595**

Total Hours Worked: 68.00
Basis of Pay: Hourly
Pay Rate: $59.83

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| OT Stndard | 59.8300 | 3.25 | 194.45 | 9049.31 |
| Regular | 59.8300 | 64.75 | 3873.99 | 99213.11 |
| Shift 2.00 | 2.0000 | 15.00 | 30.00 | 160.50 |
| Shift 3.00 | | | | 75.75 |
| Hol Pr 0.5 | | | | 815.18 |
| Vacation | | | | 2153.88 |
| Nonprod NP | | | | |
| Precept Pr | | | | 72.00 |
| Personal | | | | 807.71 |
| Incentive | | | | 920.00 |
| Nonprod Pd | | | | 119.66 |
| Other Earns | | | | 14227.47 |
| **Gross Pay** | | 83.00 | 4098.44 | 127614.57 |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 525.42 | 18824.09 |
| Fed MED/EE | 57.84 | 1811.86 |
| Fed OASDI/EE | 247.32 | 7747.28 |
| PA Unempl EE | 2.87 | 89.33 |
| PA Withholdng | 122.46 | 3836.13 |
| PA local Withholdng | 140.99 | 4389.93 |
| **Total Taxes** | 1096.90 | 36698.62 |

**Benefit Time**

| | Balance |
|---|---|
| Vacation | 162.00 |
| Sick | 112.59 |
| Personal | 9.60 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| *PersChoice | 97.30 | 2365.51 |
| *Dental | 12.12 | 292.91 |
| Suppl Life | 33.64 | 841.00 |
| Suppl AD&D | 1.56 | 39.00 |
| TUHS STD | 43.49 | 1087.25 |
| LTD | 28.08 | 659.30 |
| *PEN CONTRB | 174.33 | 4797.11 |
| **Total Deductions** | 390.52 | 10082.08 |

*Excluded from taxable wages

**Net Pay** 2611.02 80833.87

**Employer Paid Benefits**

| | | |
|---|---|---|
| PersChoice | 875.69 | 21289.43 |
| Dental | 36.35 | 878.50 |
| Vision | 2.67 | 65.04 |
| Life | 0.33 | 8.25 |
| LTD | 27.10 | 623.74 |
| PEN CONTRB | 174.33 | 4797.11 |
| **Total** | 1116.47 | 27662.07 |

**Net Pay Distribution**

| | | |
|---|---|---|
| Deposit Che XXXXX8893 | | 100.00 |
| Deposit Oth | | 2,511.02 |
| Net Check | | 0.00 |

© 2002 AutomaticData Processing (PCSUVO)

---



# TEMPLE HEALTH

CHH Community Health Inc
Temple Health Sys Boyer Pavilion
3509 N Broad Street 9th Floor
Philadelphia, PA 19140

Advice Number: 0000032189
Advice Date: 12/06/2024

**THIS IS NOT A CHECK**

**Deposited to the account of**
Kelvin A Lashley

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | XXXXX8893 | 031176110 | 100.00 |
| Checking | XXXXX9598 | 231372691 | 100.00 |
| Checking | XXXXXXXX2767 | 236084298 | 100.00 |
| Checking | XXXXX4041 | 104000016 | 100.00 |
| Checking | XXXXXX0617 | 036001808 | 100.00 |
| Checking | XXXXX0527 | 031000503 | 100.00 |
| Checking | XXXXXXX7953 | 103100195 | 300.00 |
| Checking | XXXXX0251 | 031000053 | 1711.02 |

# Earnings Statement

**TEMPLE HEALTH**

CHH Community Health Inc
Temple Health Sys Boyer Pavilion
3509 N Broad Street 9th Floor
Philadelphia, PA 19140

Dept: 1025200 5S-Medical Surgical
Location: 1025200 5S-Medical Surgical

EMPLOYEE ID: [redacted]

Page 001 of 001
Period Beg/End: 12/01/2024 - 12/14/2024
Advice Date: 12/20/2024
Advice Number: 0000032855
Batch Number: 000000001869

Kelvin A Lashley
4 DONNY BROOK WAY
COLLEGEVILLE, PA 19426

**For inquiries on this statement please call: 215-707-1595**

Total Hours Worked: 85.00
Basis of Pay: Hourly
Pay Rate: $59.83

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| OT @ 1.5 | 60.5573 | 1.25 | 112.64 | 10370.20 |
| OT Stndard | 59.8300 | 8.00 | 478.64 | 9527.95 |
| Regular | 59.8300 | 72.00 | 4307.76 | 103520.87 |
| Shift 2.00 | 2.0000 | 30.25 | 60.50 | 221.00 |
| OT @ 1.5 | 60.5271 | 3.75 | 337.85 | |
| Shift 3.00 | | | | 75.75 |
| Hol Pr 0.5 | | | | 815.18 |
| Vacation | | | | 2153.88 |
| Nonprod NP | | | | |
| Precept Pr | | | | 72.00 |
| Personal | | | | 807.71 |
| Other Earns | | | | 5347.42 |
| **Gross Pay** | | **115.25** | **5297.39** | **132911.96** |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 796.22 | 19620.31 |
| Fed MED/EE | 75.23 | 1887.09 |
| Fed OASDI/EE | 321.66 | 8068.94 |
| PA Unempl EE | 3.71 | 93.04 |
| PA Withholdng | 159.27 | 3995.40 |
| PA local Withholdng | 182.23 | 4572.16 |
| **Total Taxes** | **1538.32** | **38236.94** |

**Benefit Time** | **Balance**
Vacation | 126.00
Sick | 115.92
Personal | 9.60

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| *PersChoice | 97.30 | 2462.81 |
| *Dental | 12.12 | 305.03 |
| Suppl Life | 33.64 | 874.64 |
| Suppl AD&D | 1.56 | 40.56 |
| TUHS STD | 43.49 | 1130.74 |
| LTD | 28.08 | 687.38 |
| *PEN CONTRB | 193.85 | 4990.96 |
| **Total Deductions** | **410.04** | **10492.12** |

*Excluded from taxable wages

**Net Pay** | **3349.03** | **84182.90**

**Employer Paid Benefits**

| | This Period | Year-to-Date |
|---|---|---|
| PersChoice | 875.69 | 22165.12 |
| Dental | 36.35 | 914.85 |
| Vision | 2.67 | 67.71 |
| Life | 0.33 | 8.58 |
| LTD | 27.10 | 650.84 |
| PEN CONTRB | 193.85 | 4990.96 |
| **Total** | **1135.99** | **28798.06** |

**Net Pay Distribution**

| | | |
|---|---|---|
| Deposit Che | XXXXX8893 | 100.00 |
| Deposit Oth | | 3,249.03 |
| Net Check | | 0.00 |

© 2002 AutomaticData Processing (PCSUVO)

---



**TEMPLE HEALTH**

CHH Community Health Inc
Temple Health Sys Boyer Pavilion
3509 N Broad Street 9th Floor
Philadelphia, PA 19140

Advice Number: 0000032855
Advice Date: 12/20/2024

**Deposited to the account of**
Kelvin A Lashley

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | XXXXX8893 | 031176110 | 100.00 |
| Checking | XXXXX9598 | 231372691 | 100.00 |
| Checking | XXXXXXXX2767 | 236084298 | 100.00 |
| Checking | XXXXX4041 | 104000016 | 100.00 |
| Checking | XXXXXX0617 | 036001808 | 100.00 |
| Checking | XXXXX0527 | 031000503 | 100.00 |
| Checking | XXXXXXX7953 | 103100195 | 300.00 |
| Checking | XXXXX0251 | 031000053 | 2449.03 |

THIS IS NOT A CHECK

# Earnings Statement

**TEMPLE HEALTH**

CHH Community Health Inc
Temple Health Sys Boyer Pavilion
3509 N Broad Street 9th Floor
Philadelphia, PA 19140

Dept: 1025200 5S-Medical Surgical
Location: 1025200 5S-Medical Surgical

EMPLOYEE ID

Page 001 of 001
Period Beg/End: 12/15/2024 - 12/28/2024
Advice Date: 01/03/2025
Advice Number: 0000033521
Batch Number: 000000001897

Kelvin A Lashley
4 DONNY BROOK WAY
COLLEGEVILLE, PA 19426

For inquiries on this statement please call: 215-707-1595
Total Hours Worked: 65.00
Basis of Pay: Hourly
Pay Rate: $59.83

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular | 59.8300 | 60.00 | 3589.80 | 3589.80 |
| OT Stndard | 59.8300 | 5.00 | 299.15 | 299.15 |
| Sick Leave | 59.8300 | 12.00 | 717.96 | 717.96 |
| Hol Pr 0.5 | 29.9150 | 13.25 | 396.37 | 396.37 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| *PersChoice | 97.30 | 97.30 |
| *Dental | 12.12 | 12.12 |
| Suppl Life | 33.64 | 33.64 |
| Suppl AD&D | 1.56 | 1.56 |
| TUHS STD | 43.49 | 43.49 |
| LTD | 28.08 | 28.08 |
| *PEN CONTRB | 193.85 | 193.85 |

Gross Pay    90.25    5003.28    5003.28

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 714.43 | 714.43 |
| Fed MED/EE | 70.96 | 70.96 |
| Fed OASDI/EE | 303.42 | 303.42 |
| PA Unempl EE | 3.50 | 3.50 |
| PA Withholdng | 150.24 | 150.24 |
| PA local Withholdng | 172.11 | 172.11 |

Total Taxes    1414.66    1414.66

Total Deductions    410.04    410.04
*Excluded from taxable wages
**Net Pay    3178.58    3178.58**

**Employer Paid Benefits**

| | This Period | Year-to-Date |
|---|---|---|
| PersChoice | 875.69 | 875.69 |
| Dental | 36.35 | 36.35 |
| Vision | 2.67 | 2.67 |
| Life | 0.33 | 0.33 |
| LTD | 27.10 | 27.10 |
| PEN CONTRB | 193.85 | 193.85 |

Total    1135.99    1135.99

**Benefit Time**

| | Balance |
|---|---|
| Vacation | 130.16 |
| Sick | 107.25 |
| Personal | 9.60 |

**Net Pay Distribution**

| | | |
|---|---|---|
| Deposit Che | XXXXX8893 | 100.00 |
| Deposit Oth | | 3,078.58 |
| Net Check | | 0.00 |

© 2002 AutomaticData Processing (PCSUVO)

---

**TEMPLE HEALTH**

CHH Community Health Inc
Temple Health Sys Boyer Pavilion
3509 N Broad Street 9th Floor
Philadelphia, PA 19140

Advice Number: 0000033521
Advice Date: 01/03/2025

THIS IS NOT A CHECK

**Deposited to the account of**
Kelvin A Lashley

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | XXXXX8893 | 031176110 | 100.00 |
| Checking | XXXXXX9598 | 231372691 | 100.00 |
| Checking | XXXXXXXX2767 | 236084298 | 100.00 |
| Checking | XXXXX4041 | 104000016 | 100.00 |
| Checking | XXXXXX0617 | 036001808 | 100.00 |
| Checking | XXXXX0527 | 031000503 | 100.00 |
| Checking | XXXXXXX7953 | 103100195 | 300.00 |
| Checking | XXXXX0251 | 031000053 | 2278.58 |

**Earnings Statement**

CHH Community Health Inc
Temple Health Sys Boyer Pavilion
3509 N Broad Street 9th Floor
Philadelphia, PA 19140

Dept     : 1025200 5S-Medical Surgical
Location : 1025200 5S-Medical Surgical

EMPLOYEE ID

Page 001 of 001
Period Beg/End:   12/29/2024 - 01/11/2025
Advice Date:      01/17/2025
Advice Number:    0000034191
Batch Number:     000000001919

Kelvin A Lashley
4 DONNY BROOK WAY
COLLEGEVILLE, PA 19426

For inquiries on this statement please call: 215-707-1595

Total Hours Worked:  77.50
Basis of Pay:        Hourly
Pay Rate:            $59.83

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular | 59.8300 | 72.00 | 4307.76 | 7897.56 |
| Hol Pr 0.5 | 29.9150 | 12.25 | 366.46 | 762.83 |
| OT Stndard | 59.8300 | 5.50 | 329.07 | 628.22 |
| Sick Leave | | | | 717.96 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| *PersChoice | 102.96 | 200.26 |
| *Dental | 12.12 | 24.24 |
| Suppl Life | 33.64 | 67.28 |
| Suppl AD&D | 1.56 | 3.12 |
| TUHS STD | 43.49 | 86.98 |
| LTD | 28.08 | 56.16 |
| *PEN CONTRB | 193.85 | 387.70 |

| Gross Pay | 89.75 | 5003.29 | 10006.57 |
|---|---|---|---|

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 713.07 | 1427.50 |
| Fed MED/EE | 70.88 | 141.84 |
| Fed OASDI/EE | 303.07 | 606.49 |
| PA Unempl EE | 3.50 | 7.00 |
| PA Withholdng | 150.07 | 300.31 |
| PA local Withholdng | 172.11 | 344.22 |

| Total Taxes | 1412.70 | 2827.36 |
|---|---|---|

| Total Deductions | 415.70 | 825.74 |
|---|---|---|

*Excluded from taxable wages

**Net Pay**          3174.89    6353.47

**Employer Paid Benefits**

| | This Period | Year-to-Date |
|---|---|---|
| PersChoice | 926.67 | 1802.36 |
| Dental | 36.35 | 72.70 |
| Vision | 2.67 | 5.34 |
| Life | 0.33 | 0.66 |
| LTD | 27.10 | 54.20 |
| PEN CONTRB | 193.85 | 387.70 |

| Total | 1186.97 | 2322.96 |
|---|---|---|

**Net Pay Distribution**

| | | |
|---|---|---|
| Deposit Che | XXXXX8893 | 100.00 |
| Deposit Oth | | 3,074.89 |
| Net Check | | 0.00 |

**Benefit Time**

| | Balance |
|---|---|
| Vacation | 134.32 |
| Sick | 110.58 |
| Personal | 9.60 |

© 2002 AutomaticData Processing (PCSUVO)

---



CHH Community Health Inc
Temple Health Sys Boyer Pavilion
3509 N Broad Street 9th Floor
Philadelphia, PA 19140

Advice Number:   0000034191
Advice Date:     01/17/2025

**THIS IS NOT A CHECK**

**Deposited to the account of**
Kelvin A Lashley

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | XXXXX8893 | 031176110 | 100.00 |
| Checking | XXXXX9598 | 231372691 | 100.00 |
| Checking | XXXXXXXX2767 | 236084298 | 100.00 |
| Checking | XXXXX4041 | 104000016 | 100.00 |
| Checking | XXXXXX0617 | 036001808 | 100.00 |
| Checking | XXXXX0527 | 031000503 | 100.00 |
| Checking | XXXXXXX7953 | 103100195 | 300.00 |
| Checking | XXXXX0251 | 031000053 | 2274.89 |

**TEMPLE HEALTH**

CHH Community Health Inc
Temple Health Sys Boyer Pavilion
3509 N Broad Street 9th Floor
Philadelphia, PA 19140

Dept : 1025200 5S-Medical Surgical
Location : 1025200 5S-Medical Surgical

# Earnings Statement

EMPLOYEE ID

Page 001 of 001
Period Beg/End: 01/12/2025 - 01/25/2025
Advice Date: 01/31/2025
Advice Number: 0000034902
Batch Number: 000000001948

**Kelvin A Lashley**
**4 DONNY BROOK WAY**
**COLLEGEVILLE, PA 19426**

For inquiries on this statement please call: 215-707-1595
Total Hours Worked: 78.25
Basis of Pay: Hourly
Pay Rate: $59.83

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| OT Stndard | 59.8300 | 6.25 | 373.94 | 1002.16 |
| Regular | 59.8300 | 72.00 | 4307.76 | 12205.32 |
| Hol Pr 0.5 | | | | 762.83 |
| Sick Leave | | | | 717.96 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| *PersChoice | 102.96 | 303.22 |
| *Dental | 12.12 | 36.36 |
| Suppl Life | 33.64 | 100.92 |
| Suppl AD&D | 1.56 | 4.68 |
| TUHS STD | 43.49 | 130.47 |
| LTD | 28.08 | 84.24 |
| *PEN CONTRB | 193.85 | 581.55 |

| Gross Pay | 78.25 | 4681.70 | 14688.27 |
|---|---|---|---|

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 639.47 | 2066.97 |
| Fed MED/EE | 66.22 | 208.06 |
| Fed OASDI/EE | 283.13 | 889.62 |
| PA Unempl EE | 3.28 | 10.28 |
| PA Withholdng | 140.20 | 440.51 |
| PA local Withholdng | 161.05 | 505.27 |

| Total Deductions | 415.70 | 1241.44 |
|---|---|---|

*Excluded from taxable wages

**Net Pay** 2972.65  9326.12

**Employer Paid Benefits**

| | | |
|---|---|---|
| PersChoice | 926.67 | 2729.03 |
| Dental | 36.35 | 109.05 |
| Vision | 2.67 | 8.01 |
| Life | 0.33 | 0.99 |
| LTD | 27.10 | 81.30 |
| PEN CONTRB | 193.85 | 581.55 |

| Total Taxes | 1293.35 | 4120.71 |
|---|---|---|

**Benefit Time** Balance
Vacation 138.48
Sick 113.91
Personal 9.60

| Total | 1186.97 | 3509.93 |
|---|---|---|

**Net Pay Distribution**
Deposit Che XXXXX8893  100.00
Deposit Oth  2,872.65
Net Check  0.00

© 2002 AutomaticData Processing (PCSUVO)

---

**TEMPLE HEALTH**

CHH Community Health Inc
Temple Health Sys Boyer Pavilion
3509 N Broad Street 9th Floor
Philadelphia, PA 19140

Advice Number: 0000034902
Advice Date: 01/31/2025


THIS IS NOT A CHECK

**Deposited to the account of**
**Kelvin A Lashley**

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | XXXXX8893 | 031176110 | 100.00 |
| Checking | XXXXX9598 | 231372691 | 100.00 |
| Checking | XXXXXXXX2767 | 236084298 | 100.00 |
| Checking | XXXXX4041 | 104000016 | 100.00 |
| Checking | XXXXXX0617 | 036001808 | 100.00 |
| Checking | XXXXX0527 | 031000503 | 100.00 |
| Checking | XXXXXXX7953 | 103100195 | 300.00 |
| Checking | XXXXX0251 | 031000053 | 2072.65 |

# Earnings Statement

**TEMPLE HEALTH**

CO: [redacted]
Dept : 1025200 5S-Medical Surgical
Location : 1025200 5S-Medical Surgical

CHH Community Health Inc
Temple Health Sys Boyer Pavilion
3509 N Broad Street 9th Floor
Philadelphia, PA 19140

EMPLOYEE ID: [redacted]

Page 001 of 001
Period Beg/End:  01/26/2025 - 02/08/2025
Advice Date:     02/14/2025
Advice Number:   0000035569
Batch Number:    000000001975

Kelvin A Lashley
4 DONNY BROOK WAY
COLLEGEVILLE, PA 19426

**For inquiries on this statement please call: 215-707-1595**

Total Hours Worked: 79.50
Basis of Pay:       Hourly
Pay Rate:           $59.83

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| OT @ 1.5 | 89.7450 | 0.75 | 67.31 | 67.31 |
| OT Stndard | 59.8300 | 6.75 | 403.85 | 1406.01 |
| Regular | 59.8300 | 72.00 | 4307.76 | 16513.08 |
| Hol Pr 0.5 | | | | 762.83 |
| Sick Leave | | | | 717.96 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| *PersChoice | 102.96 | 406.18 |
| *Dental | 12.12 | 48.48 |
| Suppl Life | 33.64 | 134.56 |
| Suppl AD&D | 1.56 | 6.24 |
| TUHS STD | 43.49 | 173.96 |
| LTD | 28.08 | 112.32 |
| *PEN CONTRB | 193.85 | 775.40 |

| Gross Pay | 79.50 | 4778.92 | 19467.19 |
|---|---|---|---|

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 660.86 | 2727.83 |
| Fed MED/EE | 67.62 | 275.68 |
| Fed OASDI/EE | 289.16 | 1178.78 |
| PA Unempl EE | 3.35 | 13.63 |
| PA Withholdng | 143.18 | 583.69 |
| PA local Withholdng | 164.39 | 669.66 |

| Total Deductions | 415.70 | 1657.14 |
|---|---|---|

*Excluded from taxable wages

**Net Pay**  3034.66    12360.78

**Employer Paid Benefits**

| | This Period | Year-to-Date |
|---|---|---|
| PersChoice | 926.67 | 3655.70 |
| Dental | 36.35 | 145.40 |
| Vision | 2.67 | 10.68 |
| Life | 0.33 | 1.32 |
| LTD | 27.10 | 108.40 |
| PEN CONTRB | 193.85 | 775.40 |

| Total Taxes | 1328.56 | 5449.27 |
|---|---|---|

| Benefit Time | Balance |
|---|---|
| Vacation | 142.64 |
| Sick | 117.24 |
| Personal | 9.60 |

| Total | 1186.97 | 4696.90 |
|---|---|---|

**Net Pay Distribution**

| | | |
|---|---|---|
| Deposit Che | XXXXX8893 | 100.00 |
| Deposit Oth | | 2,934.66 |
| Net Check | | 0.00 |

© 2002 AutomaticData Processing (PCSUVO)

---

**TEMPLE HEALTH**

CHH Community Health Inc
Temple Health Sys Boyer Pavilion
3509 N Broad Street 9th Floor
Philadelphia, PA 19140

Advice Number:  0000035569
Advice Date:    02/14/2025



**Deposited to the account of**
Kelvin A Lashley

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | XXXXX8893 | 031176110 | 100.00 |
| Checking | XXXXX9598 | 231372691 | 100.00 |
| Checking | XXXXXXXX2767 | 236084298 | 100.00 |
| Checking | XXXXX4041 | 104000016 | 100.00 |
| Checking | XXXXXX0617 | 036001808 | 100.00 |
| Checking | XXXXX0527 | 031000503 | 100.00 |
| Checking | XXXXXXX7953 | 103100195 | 300.00 |
| Checking | XXXXX0251 | 031000053 | 2134.66 |

THIS IS NOT A CHECK