Certificate Number: 14912-PAE-DE-039538036

Bankruptcy Case Number: 25-10758



14912-PAE-DE-039538036

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 9, 2025, at 6:47 o'clock PM EDT, Alice Lashley completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 9, 2025               By:    /s/Jai Bhatt

                                    Name:  Jai Bhatt

                                    Title: Counselor