**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Kelvin Alvin Lashley a/k/a Kelvin Lashley a/k/a Kelvin A. Lashley | CHAPTER 13 |
| Alice Germaine Lashley a/k/a Alice G. Lashley a/k/a Alice Lashley | BKY. NO. 25-10758 AMC |
| Debtor(s) | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Select Portfolio Servicing, Inc. and index same on the master mailing list.

Respectfully submitted,

/s/ Denise Carlon

**Denise Carlon, Esq.**
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322
bkgroup@kmllawgroup.com