REV bL059 3


**pennsylvania**
DEPARTMENT OF REVENUE
HARRISBURG PA 17128-2005

| | |
|---|---|
| Date Issued | 05/14/2025 |
| Letter ID | L0034720998 |
| Social Security Number | ***-**-1476 |

EASTERN DISTRICT OF PENNSYLVANIA
900 MARKET ST SUITE 400
PHILADELPHIA, PA 19107

**Notice of Withdrawal**

This notice is to inform you of the Pennsylvania Department of Revenue's bankruptcy claim withdrawal of the below case.

| **Account Information:** | **Bankruptcy Case Details:** |
|---|---|
| LASHLEY, KELVIN A | **Case ID:** 2510758 |
| Social Security Number : ***-**-1476 | **Type:** Chapter 13 |
| | **File Date:** 25-Feb-2025 |

| **Why you are receiving this notice** | On **03-Mar-2025** the department sent you a Proof of Claim in the amount of **$491.67**. |
|---|---|
| If you have any questions regarding this notice, please contact the department using the information provided. | Since the filing of our claim, a remittance or additional information has been received satisfying all liabilities on the Proof of Claim. |
| Heather Haring | |
| Phone: (717) 705-3982 | |
| Fax: (717) 783-4331 | |

| **What you need to do** | Please accept this letter as your authority to withdraw our claim. No further action is required. |
|---|---|