IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------x
In re                                               :
                                                    :      Chapter 13
                                                    :
                                                    :
KELVIN ALVIN LASHLEY                                :
      -AND-                                         :
ALICE GERMAINE LASHLEY                              :
                                                    :      Case No. 25-10758 (AMC)
                      Debtors.                      :
------------------------------------------------------x

### PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to the Proposed Chapter 13 Plan [Docket No. 35], which was filed on July 29, 2025.

                                    Respectfully submitted,

                                    THE CITY OF PHILADELPHIA

Dated: August 1, 2025               By: */s/ Pamela Elchert Thurmond*
                                    PAMELA ELCHERT THURMOND
                                    Senior Attorney
                                    PA Attorney I.D. 202054
                                    Attorney for the City of Philadelphia
                                    City of Philadelphia Law Department
                                    Municipal Services Building
                                    1401 JFK Boulevard, 5th Floor
                                    Philadelphia, PA  19102-1595
                                    215-686-0508 (phone)
                                    Email: Pamela.Thurmond@phila.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------x
In re                                          :
                                               :    Chapter 13
   KELVIN ALVIN LASHLEY           :
      -AND-                     :
   ALICE GERMAINE LASHLEY         :
                                               :    Case No. 25-10758 (AMC)
                 Debtors.  :
------------------------------------------------------x

## CERTIFICATE OF SERVICE

     I, Pamela Elchert Thurmond hereby certify that on August 1, 2025, a copy of the Praecipe to Withdraw the City's Objection to the Proposed Chapter 13 Confirmation of Plan was served on the following parties by Court-generated ECF notice, and/or first-class mail, postage prepaid, as indicated below:

Via ECF Filing Notice:

| | |
|---|---|
| Chapter 13 Trustee | United States Trustee |
| KENNETH E. WEST | Office of United States Trustee |
| Office of the Chapter 13 Standing Trustee | Robert N.C. Nix Federal Building |
| 190 N. Independence Mall West –Suite 701 | 900 Market Street – Suite 320 |
| Philadelphia, PA 19106 | Philadelphia, PA 19107 |

Defendants' Counsel of Record:
AMY LYNN BENNECOFF GINSBURG
Ginsburg Law Group, P.C.
653 W. Skippack Pike –Suite 300-71
Blue Bell, PA 19422

Via USPS Mail Delivery:

| | |
|---|---|
| Kelvin Alvin Lashley | Alice Germaine Lashley |
| 4 Donny Brook Way | 4 Donny Brook Way |
| Collegeville, PA 19426 | Collegeville, PA 19426 |

                                        Respectfully submitted,

                                        THE CITY OF PHILADELPHIA

Dated: August 1, 2025                By: */s/ Pamela Elchert Thurmond*
                                        PAMELA ELCHERT THURMOND
                                        Senior Attorney
                                        PA Attorney I.D. 202054