**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Kelvin Alvin Lashley,<br>a/k/a Kelvin Lashley,<br>a/k/a Kelvin A. Lashley,<br>    Debtor,<br><br>Alice Germaine Lashley,<br>a/k/a Alice G. Lashley,<br>a/k/a Alice Lashley,<br>    Joint Debtor.<br><br>The Bank of New York, not in its Individual Capacity but Solely as Trustee on behalf of the Holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certificates, Series 2007-1,<br>    Movant,<br>      v.<br>Kelvin Alvin Lashley,<br>a/k/a Kelvin Lashley,<br>a/k/a Kelvin A. Lashley,<br>   Debtor/Respondent,<br><br>Alice Germaine Lashley,<br>a/k/a Alice G. Lashley,<br>a/k/a Alice Lashley,<br>   Joint Debtor/Respondent,<br><br>KENNETH E. WEST,<br>    Trustee/Additional Respondent. | Bankruptcy No. 25-10758-amc<br><br>Chapter 13<br><br>Hearing Date:<br>Hearing Time:<br>Location: |

## **PRAECIPE TO WITHDRAW DOCKET ENTRY NO. 21**

TO THE CLERK OF THE BANKRUPTCY COURT:

      Kindly withdraw the Objection of The Bank of New York, not in its Individual Capacity but Solely as Trustee on Behalf of the Holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certificates, Series 2007-1 [at Docket Entry No. 21] filed April 3, 2025.

Dated:  September 29, 2025

                                        **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
                                        Attorneys for Movant
                                        13010 Morris Rd., Suite 450
                                        Alpharetta, GA 30004
                                        Telephone: 470-321-7112
                                        By: /s/ Sherri R. Dicks
                                        Sherri R. Dicks
                                        PA Bar Number 90600
                                        Email: sdicks@raslg.com