United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 25-10758-amc

Kelvin Alvin Lashley     Chapter 13

Alice Germaine Lashley

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 5

Date Rcvd: Sep 30, 2025     Form ID: pdf900     Total Noticed: 56

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kelvin Alvin Lashley, Alice Germaine Lashley, 4 Donny Brook Way, Collegeville, PA 19426-4408 |
| 15032570 | + | Bridgecrest Credit Company, LLC as, Servicer for Carvana, LLC, c/o Elizabeth Trachtman, Orlans PC, 4250 Lancaster Pike, Suite 140 Wilmington, DE 19805-1610 |
| 14981884 | + | City of Philadelphia, 1400 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19107-3200 |
| 14981885 | + | City of Philadelphia Water Bureau, 1400 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19107-3200 |
| 14981886 | + | City of Philadelphia Water Revenue Bureau, 1400 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19107-3200 |
| 14981890 | + | Divisional Deputy City Solicitor, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102-1617 |
| 14984472 | + | FEDERAL HOME LOAN MORTGAGE CORPORATION, et al, Danielle Boyle-Ebersole, Esquire, HLADIK, ONORATO & FEDERMAN, LLP, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |
| 14984771 | + | Federal Home Loan Mortgage Corporation, c/o DANIELLE BOYLE-EBERSOLE, Hladik Onorato & Federman LLP, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |
| 14981894 | | Nationstar/Mr. Cooper, PO Box 65073, Dallas, TX 75262 |
| 14999882 | + | Select Portfolio Servicing, Inc., c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14984024 | + | The Bank of New York Mellon, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14982750 | + | U.S. BANK TRUST NATIONAL ASSOCIATION, et al, Danielle Boyle-Ebersole, Esquire, HLADIK, ONORATO & FEDERMAN, LLP, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |
| 14983075 | + | U.S. Bank Trust National Association, c/o DANIELLE BOYLE-EBERSOLE, Hladik Onorato & Federman LLP, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 01 2025 00:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 01 2025 00:40:37 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: megan.harper@phila.gov | Oct 01 2025 00:34:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Tax Litigation & Collections Unit, Philadelphia, PA 19102-1595, UNITED STATES |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 01 2025 00:33:00 | Select Portfolio Servicing, Inc., Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 01 2025 00:33:00 | The Bank of New York Mellon, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 14987124 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Oct 01 2025 00:33:00 | MOHELA on behalf of, Ascendium Education Solutions Inc, PO BOX 8961, Madison, WI |

Case 25-10758-amc    Doc 46    Filed 10/02/25    Entered 10/03/25 00:39:59    Desc Imaged
Certificate of Notice    Page 2 of 6

| District/off: 0313-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Sep 30, 2025 | Form ID: pdf900 | Total Noticed: 56 |

| | | | | |
|---|---|---|---|---|
| | | | | 53708-8961 |
| 15014665 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 01 2025 00:53:33 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 14984951 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2025 00:40:30 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14981881 | + | Email/Text: rm-bknotices@bridgecrest.com | Oct 01 2025 00:34:00 | Bridgecrest, 1030 North Colorad, Gilbert, AZ 85233-2288 |
| 15000334 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 01 2025 00:40:30 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15000767 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 01 2025 00:40:59 | Bridgecrest Credit Company, LLC as Agent, and Servicer for Carvana, LLC, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14988709 | | Email/Text: megan.harper@phila.gov | Oct 01 2025 00:34:00 | City of Philadelphia, c/o PAMELA ELCHERT THURMOND, Law/Revenue Department, Mun. Serv. Bldg., 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102 |
| 15037573 | | Email/Text: megan.harper@phila.gov | Oct 01 2025 00:34:00 | City of Philadelphia Law Department, Tax Litigation & Collections Unit, 1401 John F. Kennedy Blvd., 5th Fl., Sui, Philadelphia, PA 19102 |
| 14981887 | | Email/Text: megan.harper@phila.gov | Oct 01 2025 00:34:00 | City of Philadelphia Water Revenue Bureau, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102 |
| 15023708 | | Email/Text: megan.harper@phila.gov | Oct 01 2025 00:34:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14981882 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 01 2025 00:41:28 | Capital One, Po Box 85064, Glen Allen, VA 23058 |
| 15000067 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 01 2025 00:41:19 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14981883 | + | Email/Text: omx-bnc-bk-notices@chime.com | Oct 01 2025 00:34:00 | Chime Stride, Po Box 417, San Francisco, CA 94104-0417 |
| 14981888 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 01 2025 00:41:07 | Department of Education/Aidvantage, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14981889 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 01 2025 00:34:00 | Department of Education/Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |
| 14994447 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 01 2025 00:33:00 | Federal Home Loan Mortgage Corporation, et al., c/o Rushmore Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14986898 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 01 2025 00:34:00 | Higher ED Loan Authority of MO on behalf of, ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 14981891 | ^ | MEBN | Oct 01 2025 00:24:48 | KML Law Group, P.C., 701 Market St #500019106, Philadelphia, PA 19106-1538 |
| 15003032 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2025 00:41:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14986218 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 01 2025 00:41:03 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14981892 | | Email/Text: ml-ebn@missionlane.com | Oct 01 2025 00:33:00 | Mission Lane, PO Box 105286, Atlanta, GA 30348 |
| 14981893 | | Email/Text: EBN@Mohela.com | | |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14991013 | | Email/PDF: Bankruptcy_Prod@mohela.com | Oct 01 2025 00:33:00 | Mohela Servicing, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14981895 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Oct 01 2025 00:40:59 | MOHELA, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14983775 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 01 2025 00:41:19 | Navient, PO Box 9655, Wilkes Barre, PA 18773-9655 |
| 14996151 | ^ | MEBN | Oct 01 2025 00:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14983902 | | Email/Text: bnc-quantum@quantum3group.com | Oct 01 2025 00:24:51 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia, PA 19122-2898 |
| 14984949 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2025 00:34:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 14981896 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 01 2025 00:40:36 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14987880 | + | Email/Text: RASEBN@raslg.com | Oct 01 2025 00:34:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14987754 | + | Email/Text: RASEBN@raslg.com | Oct 01 2025 00:33:00 | Select Portfolio Servicing, Inc., c/o SHERRI DICKS, Robertson Anschutz Schneid Crane &, Partners, PLLC, 130 Clinton Road, Lobby B, Suite 202, Fairfield, NJ 07004-2927 |
| 14981897 | | Email/Text: mtgbk@shellpointmtg.com | Oct 01 2025 00:33:00 | Select Portfolio Servicing, Inc., Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14987088 | + | Email/Text: RASEBN@raslg.com | Oct 01 2025 00:33:00 | Shellpoint Mortgage Servicing, PO Box 650840, Greenville, SC 75265-0840 |
| 14987173 | + | Email/Text: RASEBN@raslg.com | Oct 01 2025 00:33:00 | The Bank of New York Mellon, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 15005950 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 01 2025 00:33:00 | The Bank of New York Mellon, c/o SHERRI DICKS, Robertson Anschutz Schneid Crane &, Partners, PLLC, 130 Clinton Road, Lobby B, Suite 202, Fairfield, NJ 07004-2927 |
| 15005408 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 01 2025 00:34:00 | The Bank of New York Mellon, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65450, Salt Lake City UT 84165-0450 |
| 15001052 | + | Email/Text: mtgbk@shellpointmtg.com | Oct 01 2025 00:34:00 | The Bank of New York Mellon, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14986396 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 01 2025 00:33:00 | U.S. Bank Trust National Association, et al., c/o NewRez LLC dba Shellpoint Mortgage S, PO Box 10826, Greenville, SC 29603-0826 |
| | | | Oct 01 2025 00:34:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |

TOTAL: 43

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15004568 | * | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2025                        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| AMY LYNN BENNECOFF GINSBURG | on behalf of Joint Debtor Alice Germaine Lashley efilings@ginsburglawgroup.com  ginsburglaw@ecf.courtdrive.com |
| AMY LYNN BENNECOFF GINSBURG | on behalf of Debtor Kelvin Alvin Lashley efilings@ginsburglawgroup.com  ginsburglaw@ecf.courtdrive.com |
| AMY LYNN BENNECOFF GINSBURG | on behalf of Trustee KENNETH E. WEST efilings@ginsburglawgroup.com  ginsburglaw@ecf.courtdrive.com |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor FEDERAL HOME LOAN MORTGAGE CORPORATION  AS TRUSTEE FOR FREDDIE MAC SEASONED CREDIT RISK TRANSFER TRUST, SERIES 2017-2,AS OWNER OF THE RELATED MORTGAGE LOAN dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor U.S. Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor The Bank of New York Mellon  formerly known as The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed C bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Select Portfolio Servicing  Inc. bkgroup@kmllawgroup.com |
| Elizabeth Trachtman | on behalf of Creditor Bridgecrest Credit Company  LLC as Servicer for Carvana, LLC ANHSOrlans@InfoEx.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Select Portfolio Servicing  Inc. mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor The Bank of New York Mellon  formerly known as The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed C mimcgowan@raslg.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| SHERRI DICKS | on behalf of Creditor Select Portfolio Servicing  Inc. sdicks@raslg.com, shrdlaw@outlook.com |
| SHERRI DICKS | on behalf of Creditor The Bank of New York Mellon  formerly known as The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed C sdicks@raslg.com, shrdlaw@outlook.com |
| SHERRI DICKS | on behalf of Creditor The Bank of New York Mellon sdicks@raslg.com  shrdlaw@outlook.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2                         User: admin                                    Page 5 of 5
Date Rcvd: Sep 30, 2025                      Form ID: pdf900                         Total Noticed: 56

TOTAL: 16

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| KELVIN ALVIN LASHLEY | : | |
| ALICE GERMAINE LASHLEY, | : | |
| Debtor(s) | : | Bky. No. 25-10758AMC |

ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor(s) shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: Sept. 30, 2025

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE