**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re: KELVIN ALVIN LASHLEY                    Bankruptcy No. 25-10758
     ALICE GERMAINE LASHLEY                    Chapter 13

              Debtors
_____/

**NOTICE OF WITHDRAWAL OF NOTICE OF APPLICATION**
**OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Debtors, Kelvin Alvin Lashley and Alice Germaine Lashley**.,** hereby file this Notice of

Withdrawal of Notice of Application of Compensation and Reimbursement of Expenses (Doc. 49)

filed on December 5, 2025.

Dated: February 19, 2026

              GINSBURG LAW GROUP, P.C.

              /s/Amy Lynn Bennecoff Ginsburg
              Amy Lynn Bennecoff Ginsburg, Esq.
              PA #275805
              653 W. Skippack Pike, Suite 300-71
              Blue Bell, PA 19422
              P: (855) 978-6564
              F: (855) 777-0043
              E: efilings@ginsburglawgroup.com
              Attorney for Debtors

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on or before February 19, 2026 a true and correct copy of the foregoing was served via CM/ECF to those parties registered to received electronic notice and by the manner indicated below:

<u>Via electronic notice</u>

United States Trustee; ustpregion03.ph.ecf@usdoj.gov

Kenneth E. West, Trustee; bncnotice@ph13trustee.com

GINSBURG LAW GROUP, P.C.

<u>/s/Amy Lynn Bennecoff Ginsburg</u>
Amy Lynn Bennecoff Ginsburg, Esq.
PA#275805
653 W. Skippack Pike, Suite 300-71
Blue Bell, PA 19422
P: (855) 978-6564
F: (855) 777-0043
E: efilings@ginsburglawgroup.com
Attorney for Debtors